IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                                           CASE NO.: 4:08cr50-SPM

MARCUS BARRINGTON,

      Defendant.
_____/

**ORDER DIRECTING PARTIES TO SUBMIT
WITNESS LISTS WITH TIME ESTIMATES**

In accordance with paragraph H of the Order Setting Trial and Other Pre-Trial Matters (doc. 17) dated October 22, 2008, it is

ORDERED AND ADJUDGED: on or before 12:00 p.m. EDT on Monday, March 16, 2009, the Government and Defendant shall each file a list of witnesses that will be called at trial, along with an estimate of time for each witness's testimony.

DONE AND ORDERED this 13th day of March, 2009.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge