IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:08cr50-SPM

MARCUS BARRINGTON,
        Defendant.
_____/

## ORDER REVOKING BOND

Defendant was found guilty by a jury on Counts One through Five of the indictment.  Release pending imposition of sentence is prohibited under 18 U.S.C. § 3143(a)(1) for any person convicted of an offense subject to a term of imprisonment unless the Court finds by clear and convincing evidence that the person is not likely to flee or pose a danger to any other person or the community.  Defendant is facing a mandatory term of imprisonment under 18 U.S.C. § 1028A.  The requisite showing for release has not been made, as Defendant is a strong risk for flight and has demonstrated a flagrant disregard for the law .  Accordingly, it is

ORDERED AND ADJUDGED:  Defendant's bond is revoked and he is remanded to the custody of the United States Marshal pending sentencing.

DONE AND ORDERED this 30th day of March, 2009, nunc pro tunc March 27, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge