IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:08cr50-SPM

MARCUS BARRINGTON,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant Marcus Barrington's Unopposed Motion to Continue Sentencing (doc. 134) is granted.  Sentencing is reset for 1:30 p.m. on September 21, 2009, at the United States Courthouse in Tallahassee, Florida.

SO ORDERED this 30th day of June, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge