IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:08cr50-SPM

MARCUS BARRINGTON,

      Defendant.

_____/

**ORDER DENYING MOTION FOR JUDGMENT OF ACQUITTAL
AND MOTION FOR NEW TRIAL**

This cause comes before the Court on Defendant Marcus Barrington's Motion for Judgment of Acquittal and Motion for New Trial. Doc. 105. The Government filed a response in opposition. Doc. 107. For the following reasons, the motion will be denied.

A Court may set aside a jury's verdict and enter a judgment of acquittal under Federal Rule of Criminal Procedure 29 if the evidence at trial is insufficient to sustain the jury's verdict. United States v. Williams, 390 F.3d 1319, 1323 (11th Cir. 2004). A court may grant a new trial under Federal Rule of Criminal Procedure 33 "if the interest of justice so requires." Fed. R. Crim. P. 33. A trial court enjoys broad power to a grant a new trial if it concludes that a miscarriage of justice has occurred. United States v. Hall, 854 F.2d 1269, 1271 (11th Cir.

1988).

In this case, Defendant argues that he is entitled to a judgment of acquittal or a new trial because the Government failed to show that any internet transmission made during the commission of the offense actually traveled across state lines, so as to satisfy the federal jurisdictional requirements. This argument is without merit.

The evidence at trial showed that Defendants used several computers to hack into the FAMU computer system, including a computer that was traced through its IP address to a computer in California, where co-defendant Jacquette had been visiting. Furthermore, Defendants created an email account, "famutorch2007@gmail.com," which they used to collect data from the keyloggers installed on FAMU employee computers. Google maintained the "famutorch2007@gmail.com" account from its headquarters in Mountain View, California.

Defendants used another email account, "marcusbarrington@yahoo.com," to determine if the keylogger was sending data "famutorch2007@gmail.com." Yahoo maintains the "marcusbarrington@yahoo.com" from it headquarters in Sunnyvale, California. This evidence was sufficient to satisfy the federal jurisdictional element of the offenses.

In this case, no miscarriage of justice has occurred. The evidence is

sufficient to support the jury's verdict.  Accordingly, it is

ORDERED AND ADJUDGED:  Motion for Judgment of Acquittal and Motion for New Trial (doc. 105) is denied.

DONE AND ORDERED this 14th day of September, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge